IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AALIYAH RASHAD,<br><br>    Plaintiff,<br><br>    v.<br><br>KINTETSU WORLD EXPRESS (U.S.A.), INC. and IMPACT OUTSOURCING SOLUTIONS, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:14-cv-00778-ODE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED among the parties that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above action, including all claims and counterclaims asserted therein and with each party to bear their own costs and fees, is dismissed with prejudice.

Respectfully submitted, this 29th day of October, 2014.

| | |
|---|---|
| */s/John L. Mays*                       | */s/Matthew R. Simpson*                 |
| John L. Mays | Matthew R. Simpson |
| Georgia Bar No. 986574 | Georgia Bar No. 540260 |
| john@maysandkerr.com | msimpson@laborlawyers.com |
| Jeff Kerr | |
| Georgia Bar No. 634260 | FISHER & PHILLIPS LLP |
| | 1075 Peachtree Street NE |
| MAYS & KERR LLC | Suite 3500 |
| 235 Peachtree Street NE | Atlanta, GA 30309 |
| North Tower, Suite 202 | Tel: 404-231-1400 |
| Atlanta, GA 30303 | Fax: 404-240-4249 |
| Tel: 404-410-7998 | |
| Fax: 404-855-4066 | COUNSEL FOR DEFENDANT |
| | KINTETSU WORLD EXPRESS (U.S.A.), INC. |
| COUNSEL FOR PLAINTIFF | |
| | */s/G. Grant Greenwood*                 |
| | G. Grant Greenwood |
| | Georgia Bar No. 309166 |
| | ggreenwood@jamesbatesllp.com |
| | |
| | JAMES-BATES-BRANNAN-GROOVER-LLP |
| | 231 Riverside Drive, Suite 100 |
| | P. O. Box 4283 |
| | Macon, GA 31208-4283 |
| | Tel:  478-742-4280 |
| | Fax: 478-742-8720 |
| | |
| | COUNSEL FOR DEFENDANT IMPACT OUTSOURCING SOLUTIONS, INC. |